**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01179-CV

## IN THE INTEREST OF J.L.H.

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 93-2714-Y**

## ORDER

Before Justices Lang-Miers, Brown, and Schenck

Appellee Frances Reese's December 1, 2015 Motion for Frivolous Appeal and Damages

is **DENIED**.


/s/      DAVID J. SCHENCK
            JUSTICE